UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GLENN TYREE GILLEY     PLAINTIFF

v.     CIVIL ACTION NO. 3:13-CV-P185-S

DANNY ALLEN et al.     DEFENDANTS

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims for injunctive and declaratory relief, his claims against Defendant Danny Allen, and his official-capacity claims against Defendant Robert Reynolds are **DISMISSED** with prejudice for failure to state a claim within the meaning of 28 U.S.C. § 1915A(b)(1).

The Clerk of Court is **DIRECTED** to terminate Danny Allen as a Defendant in this action.  The caption of this action henceforth shall be *Glenn Tyree Gilley v. Robert Reynolds*.

Date: April 1, 2013

Charles R. Simpson III, Senior Judge
United States District Court

cc:    Plaintiff, *pro se*
        Defendants
        Hardin County Attorney
4411.009