# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**GLENN TYREE GILLEY**                                                **PLAINTIFF**

v.                                          **CIVIL ACTION NO. 3:13-CV-185-S**

**ROBERT REYNOLDS**                                               **DEFENDANT**

## MEMORANDUM OPINION

By prior Order entered January 30, 2014, this Court directed Plaintiff to notify the Court within 21 days whether he wished to continue to prosecute this case. More than 21 days have passed, and Plaintiff has not responded to the Order. Moreover, Defendant has filed a notice to the Court that the copy of a motion which Defendant's counsel recently sent to Plaintiff was returned by the postal service marked "'Undeliverable as Addressed'" with a notation indicating that Plaintiff has been paroled.

Therefore, by separate Order this Court will dismiss this action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

Date: February 27, 2014

                                                                 **Charles R. Simpson III, Senior Judge**
                                                                  **United States District Court**

cc:    Plaintiff, *pro se*
       Counsel of record
4411.009